**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**UNITED STATES OF AMERICA**                                                      **PLAINTIFF**

**V.**                                             **CRIMINAL ACTION NO.3:07CR-129-H**

**GAIL KUBOVCHIK**                                                                **DEFENDANT**

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

   Pursuant to the Report and Recommendation of Magistrate Judge Dave Whalin, the plea of guilty by the Defendant as to Count 1 in the Information is hereby accepted, and the Defendant is adjudged guilty of such offense.

   Sentencing is hereby scheduled for **January 7, 2008 at 10:00 a.m.**, before the Honorable John G. Heyburn II, Chief Judge United States District Court.

Copies to: U.S. Attorney
           U.S. Marshal
           U.S. Probation
           Counsel of Record